**Rufino A. Tony VILLARREAL, Appellant,**

v.

**Lorin GALVIN, individually, Douglas County Nebraska, a Political subdivision of the State of Nebraska; Anderson & Bressman Law Firm, P.C.L.L.O.; Susan Anderson, Individually; Xuan Tran, Individually; William B. Woodruff, Individually; William B. Woodruff, P.C., Appellees.**

No. 08–2670.

United States Court of Appeals, Eighth Circuit.

Submitted: Sept. 25, 2009.

Filed: Oct. 5, 2009.

Rufino A. Tony Villarreal, Omaha, NE, pro se.

Kenneth Joseph Leroy, Anderson & Bressman, Omaha, NE, for Appellees.

Before BYE, BOWMAN, and BENTON, Circuit Judges.

PER CURIAM.

Rufino Villarreal challenges the district court's[1] dismissal of his second amended complaint. After careful de novo review, *see Riehm v. Engelking,* 538 F.3d 952, 964 (8th Cir.2008) (standard of review), we conclude the district court correctly dismissed the case without prejudice. *See Exxon Mobil Corp. v. Saudi Basic Indus. Corp.,* 544 U.S. 280, 283–84, 287 n. 2, 292 n. 8, 125 S.Ct. 1517, 161 L.Ed.2d 454 (2005) (*Rooker–Feldman* doctrine recognizes federal district courts lack jurisdiction to hear federal non-habeas actions "brought by state-court losers complaining of injuries caused by state-court judgments rendered before the district court proceedings commenced and inviting district court review and rejection of those judgments"); *Younger v. Harris,* 401 U.S. 37, 43–45, 91 S.Ct. 746, 27 L.Ed.2d 669 (1971) (recognizing longstanding public policy against federal court interference with state court proceedings).

Accordingly, we affirm. *See* 8th Cir. R. 47B.

1. The Honorable Joseph F. Bataillon, Chief Judge, United States District Court for the District of Nebraska.